## GEORGIA RAILROAD COMPANY *v.* BASS.

SIMMONS, C. J. There was no complaint of any error of law, the evidence was conflicting as to the diligence of the employees of the railroad company, and, the trial judge being satisfied with the verdict, this court will not interfere with his discretion in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted October 26,—Decided November 12, 1904.

Action for damages. Before Judge Holden. Hancock superior court. April 6, 1904.

*Joseph B. & Bryan Cumming* and *W. H. Burwell*, for plaintiff in error. *T. M. Hunt* and *R. L. Merritt*, contra.